IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JAMES MADISON PROJECT, et al., )
)
  Plaintiffs, )
)
v. )
) Case No. 17-597-CKK
UNITED STATES DEPARTMENT OF JUSTICE, )
)
  Defendant. )
)

## ANSWER

Defendant hereby answers the Amended Complaint filed by Plaintiffs The James Madison Project and Brad Heath (Dkt. No. 5) in the following numbered paragraphs, which correspond to the Amended Complaint's numbered paragraphs:

Unnumbered Introduction. The allegations in this paragraph characterize Plaintiffs' action and require no response.

1. The allegations in this paragraph contain legal conclusions, to which no response is required.

2. The allegations in this paragraph contain legal conclusions, to which no response is required.

3. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

4. Defendant lacks knowledge or information sufficient to form a belief about the truth of the allegations.

5. Admit that DOJ is an agency; the remainder of the allegations in this paragraph contain legal conclusions, to which no response is required.

6.  The allegations in this paragraph characterize Plaintiffs' action and require no response.

7.  The allegations in this paragraph purport to summarize or characterize the contents of a Washington Post article about President Trump's tweets.  Defendant admits the existence of the article and the tweets, and respectfully refers the Court to the article and the tweets for a full and accurate statement of their contents.

8.  The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  To the extent a response is required, these allegations purport to summarize or characterize the content of several public statements and media reports.  Defendant admits the existence of these reports and respectfully refers the Court to the cited reports for a full and accurate statement of their contents.

9.  The allegations in this paragraph purport to summarize or characterize the content of several public statements and media reports.  Defendant admits the existence of these reports and respectfully refers the Court to the cited reports for a full and accurate statement of their contents.

10. The allegations in this paragraph do not set forth a claim for relief or aver facts in support of a claim to which a response is required.  To the extent a response is required, these allegations purport to summarize or characterize the content of several public statements and media reports.  Defendant admits the existence of these reports and respectfully refers the Court to the cited reports for a full and accurate statement of their contents.

11. Denies the first sentence.  The second sentence characterizes Plaintiffs' action and requires no response.

12. Repeats the responses to paragraphs 6-10, above.

13. Admits.

14-16. These paragraphs purport to summarize or characterize the contents of Plaintiffs' March 2017 FOIA Request to the FBI, to which no response is required. To the extent a response is deemed required, Defendant respectfully refers the Court to the FOIA request for a full and accurate statement of its contents.

17. Admits.

18. Denies the first sentence. Lacks information sufficient to form a belief about the truth of the second sentence, but admits that both the filing and the response happened on April 4, 2017. The second sentence also contains legal conclusions to which no response is required.

19. Defendant lacks information sufficient to form a belief about the truth of the allegation in the first sentence that the Complaint was filed prior to receipt of the FOIA response. Admits that FBI issued a response on April 4, 2017. The second sentence characterizes the April 4, 2017 response, and requires no response. To the extent a response is required, the Court is respectfully referred to the FBI letter for a full and accurate statement of its contents. The third sentence is a legal conclusion to which no response is required.

20. The allegations in this paragraph contain legal conclusions, to which no response is required.

21. Defendant repeats the responses to paragraphs 6-10, above.

22. Admits.

23. Defendant repeats the responses to paragraphs 14-16, above. This paragraph purports to characterize the FOIA request to DOJ NSD, to which no response is required. To the extent a response is required, Defendant respectfully refers the Court to the FOIA Request for a full and accurate statement of its contents.

24. Admits.

25. Admits.

26. Admits.

27. The allegations in this paragraph contain legal conclusions, to which no response is required.

The remaining paragraphs of the Complaint contain Plaintiff's requested relief, to which no response is required. To the extent a response is deemed necessary, Defendant denies the allegations contained in the remaining paragraphs of the Complaint and avers that Plaintiff is not entitled to any relief. Defendant also denies all allegations in the Complaint not expressly admitted or denied.

### Affirmative Defense

Plaintiffs failed to exhaust administrative remedies with respect to FBI.

Dated: May 10, 2017

Respectfully Submitted,

CHAD A. READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5377
Washington, D.C. 20530
Tel.: (202) 514-9836
Fax.: (202) 616-8470
Email: amy.powell@usdoj.gov

## CERTIFICATION OF SERVICE

      I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants by First Class Mail or Federal Express, on the 10th of May, 2017.

                                            */s/Amy E. Powell*
                                            AMY POWELL
                                            May 10, 2017