# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-597 (APM) |
| DEPARTMENT OF JUSTICE | * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF SUPPLEMENTAL INFORMATION

The Plaintiffs, The James Madison Project and Brad Heath ("Plaintiffs"), respectfully submit to this Court for consideration a new official disclosure of relevant and material information made by President Donald J. Trump ("President Trump").

> "Just signed 702 Bill to reauthorize foreign intelligence collection. *This is NOT the same FISA law that was so wrongly abused during the election*. I will always do the right thing for our country and put the safety of the American people first."

*https://twitter.com/realDonaldTrump/status/954456754137501697* (last accessed January 22, 2018)(emphasis added). This tweet was posted by President Trump on January 19, 2018.

The Plaintiffs have no need or desire to waste this Court's time with a recitation of arguments and explanations that have already been outlined in extensive detail in prior pleadings. However, given commentary contained within the defendant agency's most recent pleading, see Dkt. #29 at 3 ("The tweet simply does not reference FISA and does not state definitively that any such surveillance occurred")(filed January 17, 2018), the Plaintiffs feel it necessary to highlight this new official statement that *does* specifically

reference FISA and that also *does* state that surveillance occurred (and, per the President's official statement, was done in an impermissible manner).

The Plaintiffs reaffirm their previous arguments that, at a minimum, summary judgment is not warranted at this time for the defendant Department of Justice.

Date: January 22, 2018

                                  Respectfully submitted,

                                  /s/
                            _____

Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs