**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MADISON PROJECT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | Case No. 17-597-APM |
| UNITED STATES DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RESPONSE TO ORDER**

By Minute Order dated February 2, 2018, the Court instructed that by February 14, 2018, "Defendant shall notify the court whether the release of the 'Nunes Memo' referenced in Plaintiffs' Notice of Supplemental Information affects Defendant's blanket Glomar response to Plaintiffs' FOIA request," and further that "[i]f Defendant maintains that the Nunes Memo's release does not in any way change the agency's Glomar response, it shall set forth its justification for that position." Defendant hereby submits its response.

(1) On February 2, 2018, Congress released the document that Plaintiffs attached to their Notice of Supplemental Authority and which the Court refers to as the "Nunes Memo."

(2) The President declassified the memorandum, which included references to the existence of FISA material related to Carter Page. Although Carter Page separated from the Trump campaign before the initial FISA order was obtained, the FISA applications are potentially responsive to the request for applications regarding "people associated with President Trump." Accordingly, Defendant withdraws the Glomar response as to the existence of the Page FISA applications and orders identified in the Nunes Memo.

1

(3) Declassification by the President of the existence of the Page FISA applications and orders identified in the Nunes Memo requires the government to carefully review those materials to determine what information contained in them has been declassified and if they are responsive to Plaintiff's request.

(4) Given recent events, and the possibility of additional declassifications by the President, the government is unable at this time to propose a timetable to conduct this review.

(5) The government requests that current motions be terminated as moot and requests 30 days to confer with Plaintiffs' counsel and propose a reasonable schedule for the government to make additional disclosures of records, if any, and to re-brief summary judgment, including asserting any remaining partial Glomar response.

Dated: February 14, 2018

Respectfully Submitted,

CHAD READLER
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov