IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES MADISON PROJECT, et al., )<br>  )<br>  Plaintiffs, )<br>  )<br>v.  )<br>  )<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>  )<br>  Defendant. )<br>  ) | Case No. 17-597-APM |

**DEFENDANT'S STATUS REPORT**

By Minute Order dated March 19, 2018, the Court instructed that by May 18, 2018, Defendant would provide a status report on the processing of the FISA materials described in the March 16, 2018 Joint Status Report and the Declaration of David Hardy.  Defendant hereby notifies the Court that the processing is proceeding on schedule.  The Government anticipates that the matching and classification review of these documents will be completed on or before May 21, 2018, and that the remaining review will be complete on or before the July 20, 2018 deadline to complete processing and to produce any non-exempt responsive records subject to FOIA.

Dated:  May 18, 2018                                     Respectfully Submitted,

                                                         CHAD A.  READLER
                                                         Acting Assistant Attorney General

                                                         MARCIA BERMAN
                                                         Assistant Director, Federal Programs Branch

                                                         */s/Amy E. Powell*
                                                         AMY E. POWELL
                                                         Trial Attorney, Federal Programs Branch
                                                         Civil Division, Department of Justice
                                                         310 New Bern Avenue, Suite 800
                                                         Federal Building
                                                         Raleigh, NC 27601-1461
                                                         Phone: 919-856-4013
                                                         Email:  amy.powell@usdoj.gov

1