**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JAMES MADISON PROJECT, et al.,  )<br>   )<br>  Plaintiffs,  )<br>   )<br>v.   )<br>   )<br>UNITED STATES DEPARTMENT OF JUSTICE, )<br>   )<br>  Defendant.  )<br>   ) | Case No. 17-597-APM |

**JOINT STATUS REPORT**

By Minute Order dated August 8, 2018, the Court instructed that the parties should, "meet and confer about the exemptions claimed to support the redactions" and "no later than August 17, 2018, file an additional status report with the court that sets forth how the parties wish to proceed and, if necessary, proposes a summary judgment briefing schedule." Counsel for the parties have conferred, and Plaintiffs currently intend to challenge the search, as well as all withholdings and redactions. The parties jointly propose the following schedule:

October 19, 2018 – Defendant will file a motion for summary judgment.

November 9, 2018 – Plaintiffs will file an opposition.

November 30, 2018 – Defendant will file a reply.


Dated:  August 15, 2018                                  Respectfully Submitted,

                                                         CHAD A. READLER
                                                         Acting Assistant Attorney General

                                                         MARCIA BERMAN
                                                         Assistant Director, Federal Programs Branch

                                                         */s/Amy E. Powell*
                                                         AMY E. POWELL

Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*/s/ Bradley P. Moss*
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite. 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for Plaintiffs