UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JAMES MADISON PROJECT, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 17-cv-00597 (APM) |
| ) | |
| **DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

After reviewing the Joint Status Report, ECF No. 37, the court orders the following with regard to further proceedings in this matter:

I. Scheduling.

A. **Unless they have already done so, the parties shall meet and confer no later than 14 days prior to the date the opening brief is due to discuss the specific areas of dispute (i.e., the scope of the search, particular withholdings or redactions, or the propriety of invoking certain exemptions to withhold information) in order to possibly narrow the scope of briefing.**

B. Defendant's Motion for Summary Judgment shall be filed on or before **October 19, 2018**;

C. Plaintiffs' Cross-Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment shall be filed on or before **November 9, 2018**;

D. Defendant's Reply and Opposition to Plaintiffs' Motion for Summary Judgment shall be filed on or before **November 30, 2018**; and

E. Plaintiffs' Reply shall be filed on or before **December 21, 2018**.

**The parties may not extend any of the above deadlines by stipulation; instead, the parties must seek an extension by motion. Motions to**

**extend deadlines shall indicate whether any previous extensions were requested.**

II. Summary Judgment.

    A. Parties shall comply with Local Civil Rule 7(h), which requires each party submitting a motion for summary judgment to attach thereto a statement of material facts for which the party contends there is no genuine dispute. The statement shall be organized in numbered paragraphs, each of which shall contain only one factual assertion. For each factual assertion, the moving party shall include a precise citation to the portion(s) of the record upon which the party relies in fashioning the assertion.

    B. Each party opposing the motion shall, in turn, submit a statement responding to each material fact presented in the statement of the moving party. The responsive statement shall be organized in numbered paragraphs that correspond with those in the statement submitted by the moving party. In each paragraph, the opposing party shall indicate whether the correspondingly numbered paragraph is admitted or denied. If a paragraph is admitted only in part, then the party shall specifically identify which parts are admitted and which parts are denied. Each paragraph shall include a precise citation to the portion(s) of the record upon which the party relies in fashioning the response.

    C. If an opposing party wishes to present additional facts not addressed in its responses, then it shall identify such facts in consecutively numbered paragraphs at the end of its responsive statement of facts. If additional factual allegations are made, then the moving party shall file a responsive statement of its own with its reply brief.

    D. The court may treat as admitted facts identified by the moving party in its statement of material facts that are not controverted in the opposing party's responsive statement.

    E. Any brief in excess of 15 pages shall include a table of contents and a table of authorities.

III. <u>Settlement.</u>

The parties are expected to continue to evaluate their respective cases for purposes of settlement. The court encourages the use of alternative dispute resolution— e.g., mediation or neutral case evaluation. The use of these methods is available at any time, as is a settlement conference before a magistrate judge. If the parties are interested in pursuing these options, then they may contact Chambers at any time.

Dated: August 22, 2018

Amit P. Mehta
United States District Judge