# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES MADISON PROJECT, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 17-597-CKK |
| UNITED STATES DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S NOTICE OF LODGING

Defendant United States Department of Justice ("DOJ") hereby gives notice that it is lodging today one declaration for the Court's *ex parte* and *in camera* review only, with the Department of Justice's Classified Information Security Officer, part of the Litigation Security Group for secure transmission to the Court.  The *ex parte, in camera* declaration of David M. Hardy is provided in support of the Defendant's Motion for Summary Judgment, being filed later today.  It contains classified information.  A redacted version of this declaration will be filed on the public docket today.  Because this declaration contains classified information, if the Court concludes that it needs to review the declaration to rule on the motion for summary judgment, it must do so *in camera* and *ex parte*.  The Classified Information Security Officer will make this declaration available for *in camera*, *ex parte* review at the Court's convenience.

Dated: October 19, 2018

Respectfully Submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave., N.W., Room 5377
Washington, D.C. 20530
Tel.:    (202) 514-9836
Fax.:    (202) 616-8470
Email: amy.powell@usdoj.gov