**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, <br><br> *Defendant*. | No. 17-cv-00597-APM |

DEFENDANT'S STATUS REPORT

On April 17, 2019, Defendant notified the Court that it was "evaluating the impact, if any, of the conclusion of the Special Counsel's work in this investigation on this litigation" and represented that the Government would "file a status report regarding its evaluation by May 17, 2019." Dkt. No. 46.

Defendant has preliminarily assessed that no further disclosures are likely to be appropriate at this time. Defendant is still evaluating, however, the extent to which Exemption (b)(7)(A) continues to apply to at least some of the withholdings (that were also taken on the basis of one or more other exemptions). Accordingly, we propose to file any necessary supplement to Defendant's summary judgment record by June 28, 2019. Defendant anticipates that such a supplement will explain the extent to which Exemption 7(A) continues to apply to the matters in dispute.

Dated:  May 17, 2019

Respectfully Submitted,

HASHIM MOOPPAN
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
310 New Bern Avenue, Suite 800
Federal Building
Raleigh, NC 27601-1461
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov