UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE JAMES MADISON PROJECT, *et al.*,

      *Plaintiffs*,

v.

DEPARTMENT OF JUSTICE,

      *Defendant*.

No. 17-cv-00597-APM

## NOTICE OF CHANGE OF ADDRESS

Please note the following new contact information for undersigned counsel for Defendants:

Amy Powell
Civil Division, Department of Justice
c/o U.S. Attorney's Office
125 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

Dated:  July 3, 2019

Respectfully Submitted,

HASHIM MOOPPAN
Principal Deputy Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
125 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013

1

Email:  amy.powell@usdoj.gov