UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE JAMES MADISON PROJECT, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | No. 17-cv-00597-APM |

## DECLARATION OF G. BRADLEY WEINSHEIMER

I, G. Bradley Weinsheimer, do hereby state and declare as follows:

1. I am an Associate Deputy Attorney General in the Office of the Deputy Attorney General ("ODAG"), United States Department of Justice ("DOJ" or the "Department"). I have held this position since July 2018. I served in the National Security Division from March 2016 to July 2018, serving as acting Chief of Staff to the Assistant Attorney General from May 2016 until approximately February 2018. I have worked at DOJ since 1991. While I did not directly work on or supervise the Department's investigation into Russia's interference in the 2016 presidential election (Russia investigation), I have worked on issues relating to disclosure of Russia investigation documents both to Congress and pursuant to Freedom of Information Act (FOIA) requests. In addition, I am familiar with discussions in the Executive Branch concerning declassification of certain documents relating to the Russia investigation.

2. In the course of my official duties, I became familiar with the above-captioned litigation and the underlying FOIA request, as well as the existence of other similar requests. This declaration is based upon personal knowledge as well as information provided to me in the course of my official duties.

1

3.  I am familiar with the Statement of the White House Press Secretary dated September 17, 2018, available at https://www.whitehouse.gov/briefings-statements/statement-press-secretary-34/ (press secretary statement), as well as subsequent tweets of the President, referenced in the parties' summary judgment briefing in this matter.

4.  DOJ did not receive at any time a declassification order related to the materials remaining at issue in this case. After the press secretary statement was issued, ODAG personnel, including me, consulted with personnel at the White House about the matters discussed in that statement, including potential declassification of certain documents related to the Carter Page FISA applications and orders.

5.  In connection with those consultations, DOJ was informed that there was no order requiring immediate declassification or disclosure of those documents. DOJ also did not receive any order to declassify the materials remaining at issue in this case during the meeting the President referenced in his tweet, or at any time. *See* July 30, 2019 Mem. Op. & Order (ECF No. 51) at 4. On May 23, 2019, the President delegated to the Attorney General the authority to declassify documents as part of his ongoing review of intelligence activities relating to the campaigns in the 2016 Presidential election and certain related matters. To this point, the Attorney General has not exercised that declassification authority over the materials at issue in this case. I am not aware of any order, guidance, policy, or other facts that would prevent the Department from asserting other FOIA Exemptions over the redacted portions of the documents at issue here.

3

I certify, pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the foregoing is true and correct.

Executed this 30th day of August, 2019, at Washington, D.C.

_____
G. Bradley Weinsheimer