UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-597 (APM) |
| DEPARTMENT OF JUSTICE | * * | |
| Defendant. | * * | |

## NOTICE OF SUPPLEMENTAL INFORMATION

The Plaintiffs, The James Madison Project and Brad Heath ("Plaintiffs"), respectfully provide notice to this Court that on December 9, 2019, the Department of Justice's Office of the Inspector General published its "Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation". *https://www.justice.gov/storage/120919-examination.pdf* (last accessed December 9, 2019). This report covered in significant and (primarily) unclassified depth the circumstances of and substantive details surrounding the four FISA warrant applications targeting Carter Page that remain the subject of this present litigation. Id. (history of the Carter Page FISA warrant applications are covered from pages 121 to 168, and pages 197 to 263).

Date: December 10, 2019

                        Respectfully submitted,

                             /s/
                      _____
                      Bradley P. Moss, Esq.
                      D.C. Bar #975905
                      Mark S. Zaid, Esq.
                      D.C. Bar #440532
                      Mark S. Zaid, P.C.
                      1250 Connecticut Avenue, N.W.
                      Suite 700
                      Washington, D.C.  20036
                      Brad@MarkZaid.com
                      Mark@MarkZaid.com

                      Attorneys for the Plaintiffs