# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **THE JAMES MADISON PROJECT, et al.,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No. 17-cv-00597 (APM) |
| **UNITED STATES DEPARTMENT OF JUSTICE,** | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion, ECF No. 62, the court grants Defendant's Renewed Motion for Summary Judgment, ECF No. 52, and enters judgment in favor of Defendant.

This is a final, appealable Order.

Dated: March 3, 2020

Amit P. Mehta
United States District Judge