UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| THE JAMES MADISON PROJECT <u>et al.</u>, | * * * * | |
| Plaintiffs, | * * | |
| v. | * * | Civil Action No. 17-597 (APM) |
| DEPARTMENT OF JUSTICE | * * * | |
| Defendant. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' UNOPPOSED MOTION
### FOR AN EXTENSION OF TIME TO FILE
### <u>MOTION FOR ATTORNEY'S FEES AND COSTS</u>

NOW COME the plaintiffs The James Madison Project and Brad Heath (collectively referred to as "Plaintiffs") to respectfully move the Court for an enlargement of time to file their Motion for Attorney's Fees and Costs.

This Court issued a final memorandum opinion in this litigation on May 4, 2020. Dkt. No. 67. The Plaintiffs do not intend to file any appeal and seek to bring this litigation to a close. In the interest of avoiding protracted briefing regarding potential attorney's fees and costs, the Plaintiffs submitted a settlement offer to Government counsel on May 14, 2020.

The Plaintiffs request that this Court extend the deadline for the filing of a motion for attorney's fees and costs until July 31, 2020. The parties require time to discuss and negotiate the terms of the settlement offer, and delays in this process are expected due to the ongoing COVID-19 public health crisis.

By no later than July 31, 2020, the Plaintiffs propose that they will either file a motion for attorney's fees and costs or, alternatively, notify this Court that a settlement agreement has been reached, obviating the need for formal briefing.

The undersigned have conferred with Government counsel, who has indicated that the Government consents to the Plaintiffs' request.

A proposed Order accompanies this motion.

Date: May 15, 2020

                                  Respectfully submitted,

                                       /s/

                                _____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Mark@MarkZaid.com
Brad@MarkZaid.com

Attorneys for the Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT et al., | \* \* \* \* |
| Plaintiffs, | \* \* |
| v. | \*   Civil Action No. 17-597 (APM) \* |
| DEPARTMENT OF JUSTICE | \* \* |
| Defendant. | \* \* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for an Extension of Time to File Motion for Attorney's Fees and Costs, and the entire record herein, it is this _____ day of _____ 2020, hereby

ORDERED, that plaintiffs' Motion is granted; and

ORDERED, that plaintiffs' deadline to file their Motion for Attorney's Fees and Costs or, alternatively, to file a status report regarding settlement negotiations is set for no later than July 31, 2020.

_____
UNITED STATES DISTRICT JUDGE