**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| THE JAMES MADISON PROJECT et al., | * * * * |
| Plaintiffs, | * * |
| v. | *   Civil Action No. 17-597 (APM) |
| DEPARTMENT OF JUSTICE | * * * |
| Defendant. | * * |

**ORDER**

Upon consideration of the Plaintiffs' Unopposed Motion for an Extension of Time to File Motion for Attorney's Fees and Costs, and the entire record herein, it is this _____ day of _____ 2020, hereby

ORDERED, that plaintiffs' Motion is granted; and

ORDERED, that plaintiffs' deadline to file their Motion for Attorney's Fees and Costs or, alternatively, to file a status report regarding settlement negotiations is set for no later than July 31, 2020.

_____
UNITED STATES DISTRICT JUDGE