# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE JAMES MADISON PROJECT, et al., | * * * * |
| Plaintiffs, | * * |
| v. | * Civil Action No. 17-597 (APM) * |
| DEPARTMENT OF JUSTICE | * * |
| Defendant. | * * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' NOTICE OF DISMISSAL

NOW COME the Plaintiffs, The James Madison Project and Brad Heath, to voluntarily dismiss this action with prejudice. The parties have jointly finalized a settlement agreement that resolved all remaining disputes regarding attorney's fees and costs.

Date: July 31, 2020

Respectfully submitted,

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C.  20036
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs